JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAPLEX, LLC, a California limited liability company, and LIQWD, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART.COM USA, LLC and WALMART, INC.<br><br>　　　　Defendants. | Case No. 2:19-CV-4310-MWF-GJS<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice. Each party shall bear its own costs, including attorneys' fees, in rel.t.... to this action.

Dated: May 14, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge